UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **SHAMIM HAIDER** | ) | Case No. 10-18140-RGM |
| and | ) | (Chapter 7) |
| **NURJAHAN HAIDER** | ) | |
| | ) | |
| **Debtors.** | ) | |

### TRUSTEE'S NOTICE OF INTENT TO SELL VIA INTERNET AUCTION

TO ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that undersigned Trustee, via N.T. Arrington, court-appointed sales agent, will sell to the highest bidder via internet auction the Debtor's 2005 Honda Pilot.

The auction will take place starting approximately November 18, 2011, and will continue for approximately ten (10) days. The Honda Pilot may be viewed on Mr. Arrington's website which is www.arringtonauction.com.

**Your rights may be affected. You should read this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you do not want the Court to approve the sale or you want the Court to consider your views on the sale, then, on or before November 15, 2011, you or your attorney must file with the Court a written response, explaining your position. Your response must be filed with the clerk, U. S. Bankruptcy Court, 200 S. Washington Street, Alexandria, VA, 22314, and copies mailed both to the undersigned Trustee at 300 N. Washington Street, Suite 202, Alexandria, VA 22314 and to the U. S. Trustee at 115 S. Union Street, #P210, Alexandria, VA 22314. If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

If such an objection is timely filed and served a hearing will be scheduled thereon. If no such objection is timely filed and served, the sale will be completed without further notice.

Under Local Bankruptcy Rule 9013-1, unless a written response to this notice and a supporting memorandum are filed with the clerk of the Court and served on the moving party within the time stated above, the Court may deem any opposition waived, treat the matter as conceded, and issue an Order approving the sale without further notice or hearing.

| | |
|---|---|
| 10/25/11 | /s/ Richard A. Bartl |
| Date of Mailing | Richard A. Bartl, Trustee (VSB No. 04518) |
| | TYLER BARTL RAMSDELL & COUNTS |

1

300 N. Washington Street, #202
Alexandria, VA 22314
(703) 549-5000

**CERTIFICATE OF SERVICE**

    Pursuant to LBR 2002-1(G) and LBR 5005-1 ( C)(8) I hereby certify that a copy of the foregoing Notice was mailed, first class mail, postage prepaid, this 25th day of October, 2011, to the Office of the U.S. Trustee, 115 S. Union Street, #P210, Alexandria, VA 22314, and all creditors and parties in interest on the service list attached hereto (if there are less than 25 creditors), or attached to the original of this paper on file with the Court (if there are more than 25 creditors).

                                                          /s/ Richard A. Bartl

| | | |
|---|---|---|
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 |
| AGS Realty<br>3231 P. St NW<br>Washington, DC 20007-2882 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | AmEx<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| Ashburn Family Densitry<br>20905 Professional Plaza #210<br>Ashburn, VA 20147-7783 | Bank of America<br>450 American Street<br>Simi Valley, CA 93065-6285 | Bank of America<br>PO Box 15311<br>Wilmington, DE 19884-0001 |
| Bank of America<br>PO Box 1598<br>Norfolk, VA 23501-1598 | Bank of America<br>PO Box 17054<br>Wilmington, DE 19850-7054 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| Cardiocare<br>PO Box 17442<br>Baltimore, MD 21297-1442 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank<br>201 N. Walnut Street DE1-1027<br>Wilmington, DE 19801-2920 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Citi<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Citibank South Dakota NA<br>Payment Center<br>4740 121st St<br>Urbandale, IA 50323-2402 |
| Citibank, N.A.<br>701 East 60th Street North<br>SIOUX FALLS, SD 57104-0493 | Commonwealth Emerg Phy PC<br>PO Box 13700-1369<br>Philadelphia, PA 19191-1369 | County of Loudoun, Virginia<br>Attn: Collections/Bankruptcy Div.<br>PO Box 347 (MSC#31)<br>Leesburg, VA 20178-0347 |
| Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 | Equitable Assent Finance<br>1120 W Cooke Road<br>Buffalo Grove, IL 60089-0000 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 |
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | GEMB/Sams Club<br>PO Box 981400<br>El Paso, TX 79998-1400 | HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197-5253 |
| Inova Loudoun Hospital<br>PO Box 6000<br>Leesburg, VA 20177-0600 | IVD<br>59 Lake Drive<br>Hightstown, NJ 08520-5320 | Lansdowne Foot & Ankle Ctr<br>19450 Deerfield Ave, #280<br>Leesburg, VA 20176-6820 |

| | | |
|---|---|---|
| LinCare<br>PO Box 9521<br>Buffalo, NY 14226-9521 | LSFP Lansdowne<br>44055 Riverside Pkwy #110<br>Leesburg, VA 20176-5179 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Mariah Shojael DMDMS<br>462161 West Lake Drive #120<br>Sterling, VA 20165-0000 | MGMC Providers Group<br>PO Box 631856<br>Baltimore, MD 21263-1856 | N.T. Arrington<br>P.O. Box 738<br>Gainesville, VA 20156-0738 |
| Nurjahan Haider<br>20215 Aztec Court<br>Ashburn, VA 20147-3381 | OFFICE OF THE US TRUSTEE<br>115 S. Union St., P-210<br>Alexandria, VA 22314 | PNC Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4747 |
| PNC Bank<br>PO Box 790091<br>Saint Louis, MO 63179 | Shamim Haider<br>20215 Aztec Court<br>Ashburn, VA 20147-3381 | The Bureaus Inc.<br>1717 Central St<br>Evanston, IL 60201-1590 |
| Timothy J. McGary<br>P.O. Box 149<br>Fairfax, VA 22038-0149 | VISDSNB<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Wachovia DFS<br>PO Box 3117<br>Winston Salem, NC 27102-3117 |
| Wells Fargo Dealer Services, Inc. f/k/a Wach<br>c/o Peter S. Lake, Esquire<br>192 Ballard Court, Suite 400<br>Virginia Beach, VA 23462-6538 | | |